UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-571-MOC-DSC

| | |
|---|---|
| JONATHAN BYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KETER, INC., ) | ORDER |
| ) | |
| Casual Furniture, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to amend his Complaint as ordered by the Court, or to submit another in forma pauperis application. The Court specifically stated in its Order dated November 29, 2021, that if Plaintiff did not comply with the Court's Order within 30 days that the case may be dismissed without prejudice and without further notice to Plaintiff. Plaintiff has failed to file anything since the Court entered its Order. Therefore, this matter is dismissed without prejudice, and the Clerk shall terminate this action.

**IT IS SO ORDERED.**

Signed: March 17, 2022

Max O. Cogburn Jr.
United States District Judge